Clerk to the Hon.
Nathaniel M. Gorton USDJ
United States District Court
District of Massachusetts
595 Main Street
Worcester MA. 01680-2076

November 04, 2004

ATTN: Clerk
RE: United States of America v Jonathan Canfield
    Docket # 4:04-cv-40129-NMG

Dear Madam/Sir:

I recently received a copy of my Docket # 4:04-cv-40129-NMG, Motion to Correct Judgment for Clerical Error.

The prosecutors lack of response from 07/08/04 to present indicates he has no objection to this motion.

Please bring this fact to the attention of the Honorable Judge Nathaniel Gorton so a ruling could be forth coming.

Thank you for your assistance

Jonathan Canfield 80129-038
F.M.C. Devens - Camp
P.O. Box 879
Ayer, MA. 01432