United States District Court
District of Massachusetts

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
       v.                      )
                               )   Criminal Action No.
JONATHAN CANFIELD,             )   03-40011-NMG
                               )
       Defendant.              )
_____)
```

### ORDER

**GORTON, J.**

On July 8, 2004, Defendant Jonathan Canfield ("Canfield") filed a Motion to Correct a Clerical Error in the Judgment entered against him in Criminal Action No. 03-40011.

On January 23, 2004, Canfield had been sentenced by this Court to a term of imprisonment consisting of "18 months on each count, to be served concurrently with each other and with the term of imprisonment imposed in Case No. 98-40023". As a result of a typographical error, however, the Judgment (Docket No. 20), entered on February 6, 2004, reflected a sentence of "18 months on each count, to be serve concurrently with each other, and <u>consecutively</u> to any term of imprisonment imposed in case number 98-CR-40023" (emphasis supplied). The substitution of the words "consecutively to any" for "with the" was erroneous.

Therefore, pursuant to Fed.R.Crim.P. 36, the Defendant's Motion to Correct a Clerical Error (Docket No. 23) is **ALLOWED** and

the Clerk will file an Amended Judgment against Jonathan Canfield which correctly states the sentence imposed by this Court on January 23, 2004 and as quoted above.  A copy of the Amended Judgment will be served upon the Bureau of Prisons Federal Medical Center Devens, in Ayer, Massachusetts.

**So ordered.**

                                        /s/ Nathaniel M. Gorton
                                        Nathaniel M. Gorton
                                        United States District Judge

Dated February 23, 2005